CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

2016 APR 13  PM 4: 01

DEPUTY CLERK

UNITED STATES OF AMERICA

vs.

No. 1:16-CR-018-O

ROBERT BLAINE HARRIS

## MOTION FOR PRETRIAL DETENTION AND CONTINUANCE

The United States asks for the pretrial detention of Defendant under Title 18,

United States Code, Sections 3142(e) and 3142(f).

1.  ***Eligibility of Case***.   This case is eligible for a detention order under

18 U.S.C. § 3142(f) because it is a case that involves:

_____ A crime of violence as defined in 18 U.S.C. § 3156(a)(4).   (18
U.S.C. § 3142(f)(1)(A)).

_____ An offense for which the maximum sentence is life imprisonment or
death. (18 U.S.C. § 3142(f)(1)(B)).

_____ Controlled substances offense for which the maximum sentence is 10
years or more. (18 U.S.C. § 3142(f)(1)(C)).

_____ A felony that was committed after the defendant had been convicted
or two or more prior federal offenses described in 18 U.S.C.
§ 3142(f)(1)(A)-(C), or comparable state or local offenses. (18
U.S.C. § 3142(f)(1)(D)).

_____ A serious risk defendant will not appear. (18 U.S.C.
§ 3142(f)(2)(A)). Factual predicate in support of this ground:_

_____ A serious risk defendant will obstruct or attempt to obstruct justice,
or threaten, injure or intimidate, or attempt to threaten, injure, or
intimidate a prospective witness or juror. (18 U.S.C.
§ 3142(f)(2)(B)). Factual predicate in support of this ground:

__X__ A felony that involves a minor victim in a qualifying offense or
failure to register as a sex offender.   (18 U.S.C § 3142(f)(1)(E)).

_____   A felony that involves the possession or use of a firearm or
destructive device, or any other dangerous weapon.   (18 U.S.C
§ 3142(f)(1)(E)).

2.   ***Reason for Detention.***   The Court should detain defendant, under

18 U.S.C. § 3142(e), because no condition or combination of conditions

will reasonably assure:

   X       Defendant's appearance as required.
   X       Safety of any other person and the community.

3.   ***Rebuttable Presumption.***   The United States will invoke the rebuttable

presumption against defendant under 18 U.S.C. § 3142(e).

The presumption applies because:

_____   Probable cause to believe defendant committed 10 + year drug
offense or firearms offense, 18 U.S.C. § 924(c). (18 U.S.C.
§ 3142(e)).
_____   Previous conviction for "eligible" offense committed while on
pretrial bond.   (18 U.S.C. § 3142(e)(1)-(3)).
_____Probable cause to believe defendant committed a federal crime of
terrorism as defined by 18 U.S.C. §2332b(g)(5).   (18 U.S.C.
§ 3142(e))
  X   Probable cause to believe defendant committed a qualifying offense
involving a minor victim.   (18 U.S.C. § 3142(e)).

4.   ***Time for Detention Hearing***.   The United States requests the Court

conduct the detention hearing:

_____After continuance of three days.
_____After continuance of 10 days under 18 U.S.C. § 3142(d).
  X  Moot at this time as defendant is in state custody.   Hearing
requested if detention becomes a viable issue.

***Grounds for 10 day continuance:***

The defendant is, and was at the time the alleged offense was committed:

_____on release pending trial for a felony under Federal, state, or local law;

_____on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence, for an offense under federal, state, or local law;

_____on probation or parole for an offense under federal, state, or local law; or

_____is not a citizen of the United States or lawfully admitted for permanent residence as defined at 8 U.S.C. § 1101(a)(20); and the defendant:

_____may flee; or

_____pose a danger to any other person or the community.

Dated this ____13th_____ day of April, 2016.

Respectfully submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY

s/ *Juanita Fielden*

JUANITA FIELDEN
Assistant United States Attorney
Texas State Bar No. 06965600
341 Pine Street, Suite 2101
Abilene, Texas 79601
Telephone:   325-672-8160
Facsimile:    325-673-3139
E-mail:        Juantia.Fielden@usdoj.gov

**Motion for Pretrial Detention and Continuance –    Page 3**