IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2016 MAY 18 PM 1:47
DEPUTY CLERK _____

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:16-CR-018-O |
| ROBERT BLAINE HARRIS | (Supersedes indictment filed 04/13/16) |

## INDICTMENT

The Grand Jury Charges:

### Count One
### Coercion and Enticement of a Minor and Aiding and Abetting
(Violation of 18 U.S.C. §§ 2422(b) and 2)

From on or about December 31, 2015, through on or about January 9, 2016, in the Abilene and Fort Worth Divisions of the Northern District of Texas, and elsewhere, **Robert Blaine Harris,** defendant, did knowingly, by means of Internet messaging and texting, which are facilities and means of interstate and foreign commerce, persuade, induce, and entice, and attempt to persuade, induce, and entice, "Jane Doe 1," an individual who had not attained the age of eighteen (18) years, to engage in sexual activity for which **Robert Blaine Harris** could be charged with a criminal offense, that is, a violation of Section 22.011, Texas Penal Code, which makes it a crime to intentionally and knowingly cause the penetration of the anus or sexual organ of a child (a person younger than 17 years of age, not the spouse of the actor) by any means, to cause the sexual organ of a child to contact the mouth or sexual organ of another person, including the actor, or to cause the penetration of the mouth of a child by the sexual organ of the actor.

In violation of Title 18, United States Code, Sections 2422(b) and 2.

<u>Count Two</u>
Coercion and Enticement of a Minor and Aiding and Abetting
(Violation of 18 U.S.C. §§ 2422(b) and 2)

From on or about December 31, 2015, through on or about January 9, 2016, in the Abilene and Fort Worth Divisions of the Northern District of Texas, and elsewhere, **Robert Blaine Harris,** defendant, did knowingly, by means of Internet messaging and texting, which are facilities and means of interstate and foreign commerce, persuade, induce, and entice, and attempt to persuade, induce, and entice, "Jane Doe 2," an individual who had not attained the age of eighteen (18) years, to engage in sexual activity for which **Robert Blaine Harris** could be charged with a criminal offense, that is, a violation of Section 22.011, Texas Penal Code, which makes it a crime to intentionally and knowingly cause the penetration of the anus or sexual organ of a child (a person younger than 17 years of age, not the spouse of the actor) by any means, to cause the sexual organ of a child to contact the mouth or sexual organ of another person, including the actor, or to cause the penetration of the mouth of a child by the sexual organ of the actor.

In violation of Title 18, United States Code, Sections 2422(b) and 2.

Count Three
Failure to Register as a Sex Offender
Violation of 18 U.S.C. § 2250(a)

Between in or about April 2012 continuing to in or about January 2016, in the Fort Worth Division of the Northern District of Texas and elsewhere, **Robert Blaine Harris,** defendant, a person required to register under the Sex Offender Registration and Notification Act, did knowingly fail to register and update a registration as required.

In violation of Title 18, United State Code, Section 2250(a).

## Forfeiture Notice
## (18 U.S.C. § 2253)

Upon conviction of Count One or Count Two of this superseding indictment, and pursuant to 18 U.S.C. § 2428(b), **Robert Blaine Harris,** defendant, shall forfeit to the United States of America:  (a) any property, real or personal, used or intended to be used to commit or to facilitate the commission of any violation of Chapter 117; and (b) any property, real or personal, that constitutes or is derived from proceeds traceable to any violation of Chapter 117.

The above-referenced property subject to forfeiture includes, but is not limited to, the following:  an Apple iPhone 6, Model MG4X2, IMEI 359304060451971, which was obtained from the residence of the defendant, 8024 Tanner Avenue, Ft. Worth, Texas, on or about January 11, 2016.

If any of the property described above, as a result of any act or omission of the defendant:

- a. cannot be located upon the exercise of due diligence;
- b. has been transferred or sold to, or deposited with, a third party;
- c. has been placed beyond the jurisdiction of the court;
- d. has been substantially diminished in value; or
- e. has been commingled with other property which cannot be divided without difficulty,

**Robert Blaine Harris**
**Superseding Indictment – Page 4**

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b), to seek forfeiture of any other property of the said defendant up to the value of the forfeitable property described above.

A TRUE BILL:

_Robert J Gilbert_
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

_Juanita Fielden_
JUANITA FIELDEN
Assistant United States Attorney
Texas State Bar No. 06965600
351 Pine Street, Suite 2101
Abilene, Texas 79601
Telephone:   325-672-8160
Facsimile:   325-673-3139
E-mail:      Juanita.Fielden@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

THE UNITED STATES OF AMERICA

v.

ROBERT BLAINE HARRIS

SUPERSEDING INDICTMENT

Coercion and Enticement of a Minor
and Aiding and Abetting
(Violation of 18 U.S.C. §§ 2422(b) and 2)

Failure to Register as a Sex Offender
(Violation of 18 U.S.C. § 2250(a))

(3 COUNTS + FORFEITURE)

A true bill rendered:

Lubbock                              _____ Foreperson

Filed in open court this 18th day of May, 2016.

_____ Clerk

DEFENDANT IN FEDERAL CUSTODY

_____
UNITED STATES MAGISTRATE JUDGE