CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2016 JUL -1  PM 3:53

DEPUTY CLERK _____

# FACTUAL RESUME

UNITED STATES OF AMERICA v. ROBERT BLAINE HARRIS
NO. 1:16-CR-018-O – ABILENE DIVISION - NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **INDICTMENT:** | TO BE ARRAIGNED ON COUNT ONE OF THE INDICTMENT 1:16-CR-018-O charging a violation of 18 U.S.C. §§ 2422(b) and 2, that is, Enticement of a Minor and Aiding and Abetting. |
| **MAXIMUM PENALTY:** | A term of imprisonment of not less than ten (10) years, nor more than life, a fine of not more than $250,000.00, or both. A term of supervised release of up to life must follow any term of imprisonment.  If Harris violates the conditions of supervised release, he could be imprisoned and subject to additional terms of supervised release and imprisonment as determined by the Court in accordance with law.  Restitution to victims or to the community, which may be mandatory under the law, and which the defendant agrees may include restitution arising from all relevant conduct, not limited to that arising from the offense of conviction alone; and costs of incarceration and supervision. |
| **MANDATORY SPECIAL ASSESSMENT:** | $100.00.  Further, if the Court finds that the defendant is not indigent, he will be required to pay an additional $5000 special assessment pursuant to 18 U.S.C. § 3014 |
| **PLEA AGREEMENT:** | As set forth in the Plea Agreement letter attached hereto and incorporated herein. |
| **ELEMENTS OF THE OFFENSE:** | **18 U.S.C. §§ 2422(b) and 2.   Enticement of a Minor and Aiding and Abetting:**<br><br>1.  That Harris knowingly persuaded, induced, or enticed, or attempted to do so;<br><br>2.  An individual who had not attained the age of eighteen (18) years; |

3. To engage in sexual activity for which Harris could be charged with a criminal offense; and

4. That said act of persuading, inducing, or enticing was done by means of a facility or means of interstate or foreign commerce.

FACTS:

While living in the Fort Worth Division of the Northern District of Texas, Robert Blaine Harris (Harris), defendant, engaged in phone texting with "Jane Doe 1," a person he knew to be a thirteen-year-old girl who lived in the Abilene Division of the Northern District of Texas.

Beginning on or about January 1, 2016 and continuing to or about January 2, 2016, Harris engaged in a relationship initiated by "Jane Doe 1" through cellular telephone texting, wherein he knowingly persuaded, induced, and enticed "Jane Doe 1" to engage in sexual activity with him for which he could be charged with a criminal offense. Harris used an Apple iPhone 6, model MC4X2, IME 359304060451971 to communicate in this unlawful manner with "Jane Doe 1" and, as such, agrees that this cellular telephone should be forfeited by him to the United States.

Specifically, beginning on December 31, 2015, and continuing to January 2, 2016, Harris knowingly persuaded, induced, and enticed, and attempted to do so, "Jane Doe 1" to engage in sexual activity that could be the basis of charging him with the criminal offense of Sexual Assault, in violation of Section 22.011 of the Texas Penal Code. Records obtained from Skout (an on-line dating application) show that beginning on Dec. 31, 2015, and continuing to January 2, 2016, Harris communicated with Jane Doe 1 and discussed engaging in sexual activities with both Jane Doe 1 and another 13 year old female.

Specifically, on January 1, 2016, Harris asked Jane Doe 1, "May I see your pussy". Jane Doe 1 advised Harris, "I literally am a blonde 13 yr old girl". Harris told Jane Doe 1, "My cock started to get hard just thinking about you".

On January 2, 2016, Harris acknowledged in a message that he knew both girls were "underage and I could get in really big trouble and that would ruin my life".

During this same conversation, Harris also asked, "Does ▮▮▮ want me to fuck her too" and "Do you want me to cum inside you".

In the early morning hours of Jan. 2, 2016, Harris picked up the two 13-year-old females in his 2008 Saab and transported them to his residence in Ft. Worth. The two juvenile females were recovered by law enforcement at his residence on January 9, 2016, after Harris had called the Fort Worth police.

Both girls told investigators that Harris had sex with him at his residence.

In a post-arrest statement, Harris admitted he had sex with one of the 13-year old girls and had digitally penetrated the other girl. Harris further admitted that he had communicated with the girls via Skout, had traveled to Abilene in his vehicle and picked them up, and the took them back to his residence in Fort Worth.

The above facts are true and correct:

_____        7-1-2016
ROBERT BLAINE HARRIS              Date
Defendant

_____        7-1-2016
KENNEETH G. LEGGETT               Date
Attorney for Defendant

Robert Blaine Harris
Factual Resume – Page 3