CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2016 JUL 12  AM 10: 38

DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | CASE NO. 1:16-CR-00018-O-BL-1 |
| | § | |
| | § | |
| ROBERT BLAINE HARRIS | § | |

**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY**

**ROBERT BLAINE HARRIS,** by consent, under authority of United States v. Dees, 125

F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim. P. 11, and has entered a

plea of guilty to the Superseding Indictment. After cautioning and examining **ROBERT BLAINE**

**HARRIS,** under oath concerning each of the subjects mentioned in Rule 11, I determined that the

guilty plea was knowledgeable and voluntary and that the offenses charged are supported by an

independent basis in fact containing each of the essential elements of such offense. I therefore

recommend that the plea of guilty be accepted and that **ROBERT BLAINE HARRIS,** be

adjudged guilty and have sentence imposed accordingly.

Date: July 12, 2016.

E. SCOTT FROST
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Failure to file written objections to this Report and Recommendation within fourteen (14) days
from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).